UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRENT CONFORTI, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 3:23-cv-0059 Judge Aleta A. Trauger |
| JEFFREY C. OWEN; MICHAEL M. CALBERT; WARREN BRYANT; ANA CHADWICK; PATRICIA FILI-KRUSHEL; TIMOTHY MCGUIRE; WILLIAM C. RHODES III; DEBRA A. SANDLER; RALPH SANTANA; TODD VASOS; CARMAN WENKOFF; JOHN GARRATT; RHONDA TAYLOR; STEVE SUNDERLAND; and AMELIA ELLIOTT, ) ) ) ) ) ) ) ) ) | |
| Defendants, ) ) | |
| and ) ) | |
| DOLLAR GENERAL CORPORATION, a Tennessee corporation, ) ) ) | |
| Nominal Defendant. ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the defendants' Motion to Dismiss the Amended Stockholder Derivative Complaint (Doc. No. 29) is hereby **GRANTED**, and Conforti's claims are **DISMISSED** based on (1) Conforti's failure to plead facts sufficient to support federal jurisdiction and (2) Conforti's failure to comply with the requirements for filing a stockholder derivative suit under Tennessee law. The dismissal of the claims is without prejudice to the assertion of any claim against any defendant by Dollar General or by a stockholder

derivative plaintiff who has complied with the necessary procedures. The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge