# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Brent Conforti

           Plaintiff,

v.                                      Case No.: 3:23–cv–00059

Jeffery C. Owen, et al.

           Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/12/2023 re [49], [50].

Lynda M. Hill
s/ Megan Gregory, Deputy Clerk